IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY ALAN WALKER, #208 534, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:17cv869-ECM |
| ) | |
| SGT. ANTHONY LAMBERT, ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

Before the court is the Recommendation of the Magistrate Judge entered October 19, 2018. Doc. 32. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. 32) is ADOPTED, and this action is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE this 4th day of December, 2018.

                                            /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       UNITED STATES DISTRICT JUDGE